AO 93
Rev 6/82

# SEARCH WARRANT ON WRITTEN AFFIDAVIT

| United States District Court | DISTRICT WESTERN DISTRICT OF WISCONSIN | |
|---|---|---|
| United States of America **FILE COPY** | DOCKET NO. | MAGISTRATE JUDGE CASE NO. 11-CR-102-BBC |
| v. Tyree A. Walker, M/B DOB 11/08/1977 | TO: | ANY AUTHORIZED LAW ENFORCEMENT OFFICER |

Affidavit(s) having been made before me by the below-named affiant that he/she has reason to believe that [X] on the person of (or) [ ] on the premises known as:

Tyree A. Walker, M/B, DOB 11/08/1977

in the Western District of Wisconsin, there is now being concealed certain property, namely:

**Buccal Swab for DNA analysis.**

and as I am satisfied that there is probable cause to believe that the property so described is being concealed on the person or premises above-described and the grounds for application for issuance of the search warrant exist as stated in the supporting affidavit(s).

YOU ARE HEREBY COMMANDED to search on or before _SEPTEMBER 22, 2011_ (not to exceed 14 days) the person or place named above for the property specified, serving this warrant and making the search (in the daytime--6:00 a.m. to 10:00 p.m.) ~~or (at anytime in the day or night)~~[1] and if the property be found there to seize it, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to Magistrate Judge Stephen L. Crocker or Magistrate Judge Peter Oppeneer as required by law.

| NAME OF AFFIANT Joshua Mayers | SIGNATURE OF MAGISTRATE JUDGE [signed] | Date/Time Issued 9-15-11 9:45 AM |
|---|---|---|

---

[1] If a search is to be authorized "at any time in the day or night" pursuant to Federal Rules of Criminal Procedure Rule 41(c), show reasonable cause therefore.

| RETURN | | |
|---|---|---|
| Date Warrant Received | Date and Time Warrant Executed | Copy of Warrant and Receipt for Items Left with |

Inventory Made in the Presence of:

Inventory of Property Taken Pursuant to the Warrant:

## CERTIFICATION

I swear that this inventory is a true and detailed account of all the property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____  _____
Magistrate Judge Stephen L. Crocker        Date