| AO 93 | SEARCH WARRANT ON WRITTEN AFFIDAVIT | | Return |
|---|---|---|---|
| Rev 6/82 | | | |

# United States District Court

| | DISTRICT |  |
|---|---|---|
| United States of America<br><br>v.<br><br>Tyree A. Walker, M/B<br>DOB 11/08/1977 | **WESTERN DISTRICT OF WISCONSIN** | |
| | DOCKET NO. | MAGISTRATE JUDGE CASE NO.<br><br>11-CR-102-BBC |
| | TO:<br><br>ANY AUTHORIZED<br>LAW ENFORCEMENT OFFICER | |

Affidavit(s) having been made before me by the below-named affiant that he/she has reason to believe that [X] on the person of (or) [ ] on the premises known as:

Tyree A. Walker, M/B, DOB 11/08/1977

in the Western District of Wisconsin, there is now being concealed certain property, namely:

**Buccal Swab for DNA analysis.**

and as I am satisfied that there is probable cause to believe that the property so described is being concealed on the person or premises above-described and the grounds for application for issuance of the search warrant exist as stated in the supporting affidavit(s).

YOU ARE HEREBY COMMANDED to search on or before ___SEPTEMBER 22, 2011___ (not to exceed 14 days) the person or place named above for the property specified, serving this warrant and making the search (in the daytime--6:00 a.m. to 10:00 p.m.) or (at anytime in the day or night)[1] and if the property be found there to seize it, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to Magistrate Judge Stephen L. Crocker or Magistrate Judge Peter Oppeneer as required by law.

| NAME OF AFFIANT<br><br>Joshua Mayers | SIGNATURE OF MAGISTRATE JUDGE | Date/Time Issued<br>9-15-11<br>9:45 AM |
|---|---|---|

---

[1] If a search is to be authorized "at any time in the day or night" pursuant to Federal Rules of Criminal Procedure Rule 41(c), show reasonable cause therefore.

# RETURN

| Date Warrant Received | Date and Time Warrant Executed | Copy of Warrant and Receipt for Items Left with |
|---|---|---|
| 9/15/11 | 9/15/2011 12:35pm | TYLER LITTREK |

Inventory Made in the Presence of: DETECTIVE BRIAN PITTSLEY, WAUNAKEE PD.

Inventory of Property Taken Pursuant to the Warrant:

Buccal Swab

## CERTIFICATION

I swear that this inventory is a true and detailed account of all the property taken by me on the warrant.

_Joshua Mayer_

Subscribed, sworn to, and returned before me this date.

_Stephen Crocker_   9-21-11

Magistrate Judge Stephen L. Crocker   Date